Gregory T. Yaeger
YAEGER, JUNGBAUER & BARCZAK, PLC.
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371; 612-333-3619 Fax
gyaeger@yjblaw.com

William Munoz-CA State Bar #191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
ATTORNEYS FOR PLAINTIFF
(916) 565-0300; 916-565-1636 Fax
wmunoz@mpbf.com

## UNITED STATES DISTRICT COURT - SACRAMENTO
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL P. WITHROW, | Case No.  2:07-CV-02607-FCD-GGH |
| Plaintiff, | |
| v | **ORDER OF DISMISSAL** |
|   | **WITHOUT PREJUDICE** |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | |
| Defendant. | |

Pursuant to the Stipulation entered into by and between the parties,

IT IS ORDERED that the above entitled matter be, and hereby is, dismissed without prejudice, with each party paying his or its own costs.

Dated: February 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE